

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2015

No. 04-14-00916-CR

Eberto A. **MENDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR2760
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On January 7, 2015, we abated this cause to the trial court to allow the trial court an opportunity to amend, if necessary, the Certification of Defendant's Right of Appeal. *See* TEX. R. APP. P. 25.2(d). The certification stated the underlying case "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal."

On February 6, 2015, the trial court filed a supplemental clerk's record containing a new Certification of Defendant's Right of Appeal stating this criminal case "is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction."

Accordingly, this appeal is REINSTATED on the docket of this court. Mr. Charles R. Richardson is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. Mr. Richardson is hereby ORDERED to file the reporter's record no later than March 11, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court